# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2014

Robert P. Young, Jr.,
Chief Justice

148797(4)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

IN RE JUDGE OF THE 48th CIRCUIT COURT.       SC: 148797

_____/

On order of the Chief Justice, the motion of plaintiff to file a reply brief in support of the complaint for superintending control is GRANTED. The reply submitted on March 28, 2014 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2014

